UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REGINALD WAYNE WILTON,

                    Petitioner,

    v.

STEVE SINCLAIR,

                    Respondent.

Case No. C11-735-MJP

ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

    The Court, having reviewed the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Petitioner's petition for writ of habeas corpus (Dkt. No. 1) and this action are dismissed, with prejudice, pursuant to 28 U.S.C. § 2244(d).

    (3)    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

ORDER DISMISSING PETITION FOR WRIT
OF HABEAS CORPUS - 1

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable James P. Donohue.

DATED this 17th day of October, 2011.

Marsha J. Pechman
United States District Judge

ORDER DISMISSING PETITION FOR WRIT
OF HABEAS CORPUS - 2